UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY TERRY, | ) |
| | ) Case No. 1:23-cv-01225 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Nancy Maldonado |
| | ) |
| MCCOY SERVICES, INC D/B/A | ) |
| MCCOY TOWING | ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ILLINOIS

COUNTY OF WILL

Alexander Taylor, Esq. of the law firm Sulaiman Law Group LTD., being duly sworn, says that he is an attorney for Plaintiff in the above-entitled action; that the complaint and summons in this action were served on Defendant Arrow Talent Agency, on March 10, 2023; that service was made by process server, Joe Galason, to Registered Agent of the Defendant with a copy of the Complaint and Summons; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not pled, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

Alexander Taylor, Esq.
Nathan C. Volheim, Esq.
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

Phone: 630-575-8181
ataylor@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Attorneys for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this 7th day of April, 2023.

_____
NOTARY PUBLIC

Amy D. Ittbenner
Printed

My commission expires: 3/16/2026    My County of residence: Kane

```
AMY J. DITTBENNER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 16, 2026
```